IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR375 |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL BEVERIDGE, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | 8:11CR366 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL BEVERIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's motions for release, (8:03CR375, filing no. and 8:11CR366, filing no. 20), are granted.

2) The defendant shall be released from federal custody at the Diagnostic & Evaluation Unit of the Nebraska Department of Corrections (D&E) to his Iowa counsel, Tyce Markussen, by no later than 6:00 a.m. on March 1, 2012 to be transported by Mr. Markussen to a court hearing in Pottawattamie County, IA, scheduled to be begin on March 1, 2012, at 9:00 a.m.

3) The Defendant will be returned to D&E immediately following release from the warrant on March 1, 2012, and he will not be permitted to travel to any other location.

February 29, 2012.   BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge