IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR375 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| PAUL BEVERIDGE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | 8:11CR366 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL BEVERIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1)    The defendant's motions to review detention, (8:03CR375, filing no. 75;
      8:11CR366, filing no. 22), are granted.

2)    The defendant shall comply with all terms and conditions of his supervised
      release which were imposed at sentencing except as follows:

          On March 5, 2012 at 9:30 a.m., the defendant shall be released
          to reside at Cornhusker Place, Lincoln, Nebraska and participate
          in that facility's Substance Abuse Treatment Program.  The
          defendant shall fully comply with the requirements of his
          treatment plan and all rules of the Cornhusker Place facility.  If
          the defendant is discharged from the facility for any reason
          whatsoever, or leaves the premises of the facility without
          authorization, the United States Marshal, and/or any law
          enforcement officer is ordered to take the defendant into custody
          and detain him pending a prompt hearing before the court.

3)   The Marshal shall release the defendant to a member of the Federal Public Defender's office for defendant's transport to Cornhusker Place.

4)   The clerk shall provide a copy of this order to the Marshal.

March 2, 2012.                    BY THE COURT:

                                  _s/ Cheryl R. Zwart_
                                  United States Magistrate Judge